[No. 5831–0–III. Division Three. July 17, 1984.]

BRENDA BOWMAN, *Respondent,* v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 37146, Fred Van Sickle, J., entered April 11, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 6523–1–II. Division Two. July 17, 1984.]

DEBORAH NOBLE, *Respondent,* v. JOHN MAGNUSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–2–00301–1, Gerald B. Chamberlin, J., entered July 30, 1982. *Affirmed* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 6819–2–II. Division Two. July 18, 1984.]

LESLIE T. JUDGE, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 51449, Milton R. Cox, J., entered April 2, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5935–5–II. Division Two. July 18, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE ERIC NYWALL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7669, Alan R. Hallowell, J., entered October 15, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.